**UNITED STATES of America, Plaintiff—Appellee,**

v.

**Tawana EDWARDS, a/k/a Tawana Nashay Edwards, Defendant— Appellant.**

**No. 04–50564.**

United States Court of Appeals, Ninth Circuit.

Submitted April 5, 2006.*

Decided April 10, 2006.

Becky S. Walker, Esq., Jennifer A. Corbet, Esq., Office of the U.S. Attorney, Los Angeles, CA, for Plaintiff–Appellee.

---

* This panel unanimously finds this case suit-

Dale Michael Rubin, Esq., San Marino, CA, for Defendant–Appellant.

Before: HAWKINS, MCKEOWN and PAEZ, Circuit Judges.

## MEMORANDUM **

Tawana Edwards appeals from the 87–month sentence imposed following her guilty plea for conspiracy to possess with intent to distribute and to distribute cocaine and cocaine base, in violation of 21 U.S.C. § 846.

We dismiss in light of the valid appeal waiver. *See United States v. Nguyen*, 235 F.3d 1179, 1182 (9th Cir.2000) (stating that an appeal waiver is valid when it is entered into knowingly and voluntarily); *United States v. Cardenas*, 405 F.3d 1046, 1048 (9th Cir.2005) (holding that the changes in sentencing law imposed by *United States v. Booker*, 543 U.S. 220, 125 S.Ct. 738, 160 L.Ed.2d 621 (2005), did not render waiver of appeal involuntary and unknowing).

**DISMISSED.**

able for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by 9th Cir. R. 36–3.